1  JAMES LEONARD BROWN, ESQ. (SBN: 40702)
   THE LAW OFFICE OF JAMES L. BROWN
2  5900 Wilshire Blvd., Suite 2645
3  Los Angeles, CA  90036
   Telephone: (213) 251-2332
4  Facsimile: (213) 607-1456

5  LANESHA L. SIMS, ESQ. (FLORIDA SBN 30604)
   *Admitted PHV*
6  GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L.
7  221 E. Osceola Street
   Stuart, FL  34994
8  Telephone: (772) 283-8260
   Facsimile: (772) 463-1766
9

10 Attorneys for Plaintiff
   TERRANCE S. HAYNIE
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15 | TERRY HAYNIE,                                    | CASE NO. 4:15-CV-00467-VC |
   |--------------------------------------------------|---------------------------|
16 |         Plaintiff,                               | [~~PROPOSED~~] ORDER PURSUANT TO STIPULATION TO CHANGE TIME FOR CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE |
17 |   vs.                                            | |
18 | UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10, | |
19 |                                                  | |
20 |         Defendant.                               | |

21

22

23

24

25

26

27

28

Case No. 4:15-cv-00467-VC

BEFORE THE COURT is the Joint Stipulation to change the time for the case management statement and case management conference in the matter of Terrance S. Haynie v. United Air Lines, Inc., Case Number C 15-00467.  PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Order Scheduling Case Management Conference (Doc. 139) as to Plaintiff Haynie, Case Number C 15-00467 is hereby vacated.
2. The Case Management Conference in Case Number C 15-00467 is hereby set as  March 31, 2015, at 10:00 a.m.                                          .

Dated this __17th__ day of March, 2015.

_____
JUDGE VINCE CHHABRIA

Case No. 4:15-cv-00467-VC                    -1-                    [PROPOSED] ORDER PURSUANT TO STIPULATION TO CHANGE TIME