1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE S. HAYNIE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 3:15-CV-00467-VC<br><br>[~~PROPOSED~~] **ORDER TO HAVE APRIL 9, 2015 CASE MANAGEMENT CONFERENCE RECORDED**<br> AS MODIFIED<br><br>Judge:　　Hon. Vince Chhabria<br><br>Complaint filed:　　May 29, 2012<br>FAC filed:　　July 20, 2012<br>SAC filed:　　November 30, 2012<br>TAC filed:　　May 20, 2013<br>Corrected TAC filed:　June 21, 2013<br>4AC filed:　　January 3, 2014<br>5AC filed:　　March 2, 2015 |

1
2
3
4
5
6
7
8
9
10
11
12

*Related cases*:
Johnson, Eldridge v. United Airlines, Inc. et al. 3:12-CV-02370-VC
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered the papers and all pleadings on file and good cause appearing
2  therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case
3  Management Conference Recorded is GRANTED, as follows:

4      XX    The Court will provide FTR recording services to record the Case Management
5  Conference scheduled for April 9, 2015 at 10:00 a.m.
6  All proceedings in this case will be recorded.

7  IT IS SO ORDERED.

10  Dated: April 9, 2015

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*
(Seal: United States District Court, Northern District of California)