UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY HAYNIE,

    Plaintiff,

    v.

UNITED AIRLINES INC, et al.,

    Defendants.

Case No. 15-cv-00467-VC

**ORDER**

The Court has been informed that the parties agree that venue should be transferred but disagree about the proper transferee court. Accordingly, the defendants shall file a motion to transfer venue by May 1, 2015. The plaintiff shall file a response by May 8, 2015, and the defendants may file a reply by May 15, 2015. A hearing on the motion to transfer venue will take place on May 21, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 20, 2015

VINCE CHHABRIA
United States District Judge