1  JAMES LEONARD BROWN, ESQ. (SBN# 40702)
   jameslbrownlaw@yahoo.com
2  LAW OFFICES OF JAMES LEONARD BROWN, APC
   5900 Wilshire Blvd., Suite 2645
3  Los Angeles, CA 90036
   Telephone: (213) 251-2332
4  Facsimile: (213) 607-1456

5  LANESHA L. SIMS, ESQ. (Florida SBN# 30604)
   (Admitted Pro Hac Vice)
6  lls@williegary.com
   GARY, WILLIAMS, LEWIS & WATSON, P.L.
7  221 East Osceola Street
   Stuart, FL 34994
8  Telephone: (772) 283-8260
   Facsimile: (772) 463-1766
9
   Attorney for Plaintiff TERRANCE S. HAYNIE
10
   *Additional counsel and related cases*
11 *listed on next page.*

12                    UNITED STATES DISTRICT COURT
13
                     NORTHERN DISTRICT OF CALIFORNIA
14

| TERRY HAYNIE, | CASE NO. 4:15-CV-00467 VC |
|---|---|
| Plaintiff, | **STIPULATION TO TRANSFER VENUE TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA** |
| vs. | |
| UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10, | |
| Defendants. | |

| | |
|---|---|
| 1 | DONNA M. MELBY (SB# 86417) |
|   | donnamelby@paulhastings.com |
| 2 | JENNIFER S. BALDOCCHI (SB# 168945) |
|   | jenniferbaldocchi@paulhastings.com |
| 3 | JI HAE KIM (SB# 275020) |
|   | jihaekim@paulhastings.com |
| 4 | PAUL HASTINGS LLP |
|   | 515 South Flower Street, Twenty-Fifth Floor |
| 5 | Los Angeles, CA  90071-2228 |
|   | Telephone:  1(213) 683-6000 |
| 6 | Facsimile:  1(213) 627-0705 |
| 7 | GARY T. LAFAYETTE (SB# 088666) |
|   | glafayette@lkclaw.com |
| 8 | LAFAYETTE & KUMAGAI LLP |
|   | 100 Spear Street, Suite 600 |
| 9 | San Francisco, CA 94105 |
|   | Telephone:  1(415) 357-4600 |
| 10 | Facsimile:  1(415) 357-4605 |
| 11 | Attorneys for Defendants |
|    | UNITED AIRLINES, INC. |
| 12 | AND CONTINENTAL AIRLINES, INC. |

*Related cases*:
Johnson, Eldridge v. United Airlines, Inc. et al. 3:12-CV-02370-VC
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

Plaintiff Terrance Haynie and Defendants United Airlines, Inc. and Continental Airlines, Inc. (collectively, "Defendants") hereby submit this STIPULATION TO TRANSFER VENUE TO EASTERN DISTRICT OF VIRGINIA AND PROPOSED ORDER pursuant to the Court's Order on April 9, 2015, at the Case Management Conference (Dkt. 20).

WHEREAS:

1. On April 9, 2015, the Court held a Case Management Conference for this action. During the conference, the parties agreed that Plaintiff's case should be transferred to another venue. Accordingly, the Court ordered the parties to file a stipulation to transfer venue and proposed order within 7 days of the Case Management Conference hearing. (*See* Minute Entry, Dkt. 20).

2. While the parties agreed to stipulate that venue should not be in the Northern District of California, they initially did not agree as to the judicial district to which venue should be transferred. Defendants contended that Plaintiff's case would be properly transferred to the Eastern District of Virginia; Plaintiff contended that his case was appropriate in the District of Columbia.

3. In light of the parties' agreement to transfer but disagreement as to the proper transferee court, the Court ordered Defendants to file a motion to transfer venue. (*See* Order, Dkt. 22).

4. Pursuant to the Court's Order, Defendants filed a Motion to Transfer Venue on May 1, 2015. (Dkt. 23).

5. The parties have since agreed to stipulate and consent to transfer Plaintiff's action to the United States District Court for the Eastern District of Virginia.

6. Defendants agree that their Motion to Transfer Venue (currently set for May 21, 2015 at 10:00 a.m.) should be taken off-calendar immediately upon the entry of the order to transfer.

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER AS FOLLOWS:

This action is hereby transferred to the United States District Court for the Eastern District of Virginia for all further proceedings.

DATED: May 7, 2015    LAW OFFICES OF JAMES LEONARD BROWN, APC
JAMES LEONARD BROWN


By:   /s/ James Leonard Brown
         JAMES LEONARD BROWN

Attorneys for Plaintiff
TERRANCE HAYNIE

DATED: May 7, 2015    DONNA M. MELBY
JENNIFER S. BALDOCCHI
JI HAE KIM
PAUL HASTINGS LLP


By:   /s/ Donna M. Melby
         DONNA M. MELBY

Attorneys for Defendants
UNITED AIRLINES, INC. AND
CONTINENTAL AIRLINES, INC.

**ORDER OF TRANSFER**

This action is hereby transferred to the United States District Court for the Eastern District of Virginia for all further proceedings.

Defendants' Motion To Transfer Venue (currently set for May 21, 2015 at 10:00 a.m.) is off-calendar.

IT IS SO ORDERED.

Dated: May 8, 2015

Vince Chhabria
United States District Judge